Dismissed and Memorandum Opinion filed February 17, 2005









Dismissed and Memorandum Opinion filed February 17,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01224-CV

____________

 

IN THE INTEREST OF M.E.

 

 



 

On Appeal from the 247th District
Court

Harris County, Texas

Trial Court Cause No. 04-24069

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed September 17,
2004.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On January 19, 2005, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).

Appellant filed no response.

Accordingly, the appeal is ordered dismissed.








 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 17, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.